

FILED
CLERK, U.S. DISTRICT COURT

APR 16 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

Victor manuel Chiproz Lopez
                    Defendant.

Case No.: EDISMJ139-DUTY

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _EASTERN_ District of _WASHINGTON_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    • UNKNOWN BACKGROUND

    • UNKNOWN BAIL RESOURCES

    • IMMIGRATION STATUS APPARENTLY UNDOCUMENTED

    • SUBMISSION TO DETENTION

1    and/or

2    B.    ( )    The defendant has not met his/her burden of establishing by clear and

3                 convincing evidence that he/she is not likely to pose a danger to the

4                 safety of any other person or the community if released under 18

5                 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6    _____

7    _____

8    _____

9    _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated: 4/16/15

16                                     HONORABLE DAVID T. BRISTOW
                                       United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                       2